NELLA MANKO, Appellant, v DAVID A. GABAY et al., Respondents.

Submitted May 22, 2017; decided June 29, 2017

Motion for leave to appeal, insofar as taken from that part of the October 2016 order dismissing plaintiff's appeal from the judgment, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining portions of the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

Judge FEINMAN taking no part.